371 A.2d 861
Commonwealth v. Nunn, Appellant.

Submitted September 22, 1976.   Edward F. Browne, Jr., Assistant Public Defender, for appellant;   Michael H. Ranck, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 862
Commonwealth v. Overton, Appellant.

Submitted September 13, 1976.   Manuel Grife and Steven D. Scherzer, for appellant;   Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.